UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Williams Pipeline Company,
a foreign limited company,

Plaintiff,

vs.

CERTIFICATE OF READINESS FOR TRIAL

R.D. Offutt Company, a
Minnesota corporation,

Defendant.

Civ. No. 01-1969(JNE/RLE)

* * * * * * * * * * * * * * * * * *

TO: Honorable Joan N. Ericksen, and all counsel of record:

All parties are hereby notified that the above-entitled case is "Ready for Trial".

BY THE COURT:

Raymond L Erickson

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

DATED: April 30th, 2003
At Duluth, Minnesota

FILED APR 30 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK