**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

WILLIAMS PIPELINE COMPANY, 01CV1969 (JNE/JGL)

Plaintiff,

v. **ORDER FOR DISMISSAL**

R.D. OFFUTT COMPANY AND
LIEBEL FARMS,

Defendants.

---

The Court having been advised that the above action has been resolved,

**IT IS ORDERED** That this action is hereby dismissed, with prejudice, along with any counterclaims, the Court reserving jurisdiction for forty-five (45) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final settlement.

DATED: May 28, 2003.

JOAN N. ERICKSEN, Judge
United States District Court

FILED MAY 2 8 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS